1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  Rosanne L. Mah (State Bar No. 242628)
   Email: rmah@zlk.com
3  **LEVI & KORSINSKY, LLP**
   388 Market Street, Suite 1300
4  San Francisco, CA 94111
   Telephone: (415) 373-1671
5  Facsimile: (415) 484-1294

6  *Counsel for Plaintiff Stanley Niedbalski*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | STANLEY NIEDBALSKI, an individual, on behalf of himself and all others similarly situated, | Case No. 2:18-cv-10241-GW-GJS |
12 | | **NOTICE OF VOLUNTARY DISMISSAL** |
13 | | |
14 |           Plaintiff, | |
15 |     vs. | |
16 | TICKETMASTER L.L.C., a Virginia Corporation; and LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation, | |
17 | | |
18 |           Defendants. | |
19

20

21

22

23

24

25

26

27

28

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiff Stanley Niedbalski ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 19, 2020

**LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
Rosanne L. Mah
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiff Stanley Niedbalski*

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas